PINA FIORELLI ET AL. *v.* ARNOLD H. GORSKY, TRUSTEE, ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 120 Conn. App. 298 (AC 30596), is denied.

*Enrico Vaccaro*, in support of the petition.

Decided October 19, 2010

DONALD F. REID *v.* DIANA SEBASTIAN LANDSBERGER ET AL.

The petition by the defendants Julio Traslavina and Maria Traslavina for certification for appeal from the Appellate Court, 123 Conn. App. 260 (AC 30472), is denied.

ROGERS, C. J., and EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Joseph C. Ventricelli*, in support of the petition.

*G. Randall Avery*, in opposition.

Decided October 19, 2010